IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACS RECOVERY SERVICES, INC., | |
| Plaintiff, | No. C 09-01304 JSW |
| v. | |
| ESTHER G. KAPLAN, and DOES 1 through 20, inclusive | **ORDER STRIKING MOTION** |
| Defendants. | |

On July 17, 2009, Plaintiff ACS Recovery Services ("Plaintiff") filed a motion for default judgment against Esther B. Kaplan ("Defendant") and noticed it to be heard on the same day, July 17. On July 28, 2009, Plaintiff filed a document entitled "Amended Note For Motion," purporting to re-notice the motion for default judgment to be heard three days later, on July 31, 2009. Pursuant to Northern District Civil Local Rule 7-2(a), motions must be "filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Plaintiff's motion for default judgment was not properly noticed. Plaintiff did not notice this motion for a hearing at least 35 days after it was

///
///
///
///
///

filed. Therefore, the Court HEREBY STRIKES Plaintiff's motion for default judgment without prejudice to refiling the motion with sufficient notice to Defendant.

**IT IS SO ORDERED.**

Dated: August 3, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2