UNITED STATES DISTRICT COURT

Northern District of California

ACS RECOVERY SERVICES,

        Plaintiff,

  v.

ESTHER G. KAPLAN,

        Defendant.

_____/

No. C 09-01304 JSW (MEJ)

**ORDER RE SUPPLEMENTAL BRIEFING**

    Pending before the Court is Plaintiff ACS Recovery Services' Motion for Default Judgment. To assist the undersigned in evaluating Plaintiff's Motion for preparation of a Report and Recommendation to the presiding judge in this matter, the undersigned **ORDERS** Plaintiff to file a Supplemental Brief addressing the following issue:

    1. Plaintiff requests that the Court award $153,648.10 in damages, along with pre-judgment and post-judgment interest, and attorneys' fees and costs. Plaintiff, however, has failed to cite the relevant authority for its requests for pre and post-judgment interest and for its requests for attorneys fees and costs in either its Motion or its Proposed Findings of Fact and Conclusions of Law. Accordingly, Plaintiff shall file a brief, no more than two pages in length, citing the authority pursuant to which Plaintiff requests these awards.

    Plaintiff shall file its Supplemental Brief no later than **5:00 p.m., November 9, 2009**.

    **IT IS SO ORDERED.**

Dated: November 6, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge