IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACS RECOVERY SERVICES, INC.,

    Plaintiff,

v.

ESTHER G. KAPLAN, and DOES 1 through 20, inclusive

    Defendants.

No. C 09-01304 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation regarding the motion for default judgment filed by Plaintiff ACS Recovery Services, Inc. ("Plaintiff"). In her Report and Recommendation, Magistrate Judge James recommends that this Court grant the motion and award Plaintiff $153,648.10 in damages and pre-judgment interest at the rate prescribed by 28 U.S.C. § 1961(a). There have been no objections filed thereto. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's motion for default judgment against Defendant Esther G. Kaplan is GRANTED. Plaintiff is awarded $153,648.10 in damages and

///
///
///
///
///

pre-judgment interest at the rate prescribed by 28 U.S.C. § 1961(a). A separate judgment shall issue, and the Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: January 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE