IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ACS RECOVERY SERVICES, INC.,

    Plaintiff,

  v.

ESTHER G. KAPLAN, and DOES 1 through 20, inclusive

    Defendants.

No. C 09-01304 JSW

**JUDGMENT**

Pursuant to this Court's Order adopting Magistrate Judge James' Report and Recommendation re: Plaintiff's motion for default judgment and granting default judgment in favor of Plaintiff, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendant in the amount of $153,648.10 in damages and pre-judgment interest at the rate prescribed by 28 U.S.C. § 1961(a).

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE